UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MELISSA VEALE,

Plaintiff,

-against-

ANTHONY NAPOLITANO, and 2407 NAP BRONX 20 CORP.,

Defendants.

Case No. 1:26-cv-04856 (JLR)

**ORDER**

JENNIFER L. ROCHON, United States District Judge:

On September 9, 2026, the Court ordered Plaintiff Melissa Veale ("Plaintiff") to communicate in writing with the Court, by September 15, 2026, as to why Plaintiff had failed to serve the Summons and Complaint on Defendant Anthony Napolitano within the 90 days prescribed by Rule 4(m) of the Federal Rules of Civil Procedure. *See* Dkt. 10. The Court advised Plaintiff that, if it did not receive any communication from her by that date, it would dismiss this action as to Napolitano without further notice. *Id.*

The Court has received no communication from Plaintiff explaining her failure to serve Napolitano, and indeed the Court has received no communication from Plaintiff at all since its September 9, 2026 order. Accordingly, this action is DISMISSED as to Napolitano. The Clerk of Court is respectfully directed to terminate Anthony Napolitano as a defendant in this action.

Dated: September 17, 2026
New York, New York

SO ORDERED.

Jennifer Rochon
JENNIFER L. ROCHON
United States District Judge